## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD OVERSTREET, ) | 1:04-cv-05799-REC-TAG HC |
| ) | |
| Petitioner, ) | ORDER ADOPTING REPORT AND |
| ) | RECOMMENDATIONS (Doc. 22) |
| ) | |
| v. ) | ORDER DENYING PETITIONER'S |
| ) | REQUEST FOR INJUNCTIVE RELIEF |
| ) | (Doc. 20) |
| JAMES A. YATES, ) | |
| ) | ORDER REFERRING CASE BACK TO |
| Respondent. ) | MAGISTRATE JUDGE FOR FURTHER |
| ) | PROCEEDINGS |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

**PROCEDURAL HISTORY**

On July 6, 2005, Petitioner filed an "Ex-Parte Motion For Order To Person Having Custody Of Petitioner To Retain Custody Of Prisoner," requesting injunctive relief from this Court in the form of an order prohibiting Petitioner's transfer to another prison on the grounds that it would deprive Petitioner of the legal advice of his present "inmate assistant", thereby causing Petitioner "undue hardship." (Doc. 20). On August 12, 2005, the Magistrate Judge assigned to the case filed a Report and Recommendations recommending that Petitioner's request for injunctive relief be DENIED. (Doc. 22). The Report and Recommendations were served on all parties and contained notice that any objections were to be filed within thirty days from the date of service of that order. On August 16, 2005, Petitioner filed objections to the Magistrate Judge's Report and

1  Recommendations.  (Doc. 23).

2       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de*
3  *novo* review of the case.  Having carefully reviewed the entire file, including Petitioner's objections,
4  the Court concludes that the Magistrate Judge's Report and Recommendations are supported by the
5  record and proper analysis.  Petitioner's objections present no grounds for questioning the Magistrate
6  Judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

7       1. The Report and Recommendations issued August 12, 2005 (Doc. 22), are ADOPTED IN
8          FULL;
9       2. Petitioner's request for injunctive relief (Doc. 20), is DENIED; and
10      3. The case is REFERRED back to the Magistrate Judge for further proceedings.
11  IT IS SO ORDERED.

12  **Dated:  September 21, 2005**            **/s/ Robert E. Coyle**
    668554                                    UNITED STATES DISTRICT JUDGE