# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD OVERSTREET,<br><br>    Petitioner,<br><br>    v.<br><br>JAMES A. YATES,<br><br>    Respondent. | 1:04-cv-05799-LJO-TAG HC<br><br>ORDER GRANTING PETITIONER'S EX PARTE MOTION TO CORRECT FILING ERROR (Doc. 33)<br><br>ORDER DIRECTING CLERK OF COURT TO FILE AMENDED PETITION LODGED ON NOVEMBER 23, 2005<br><br>ORDER DIRECTING CLERK OF COURT TO STRIKE AMENDED PETITION FILED ON DECEMBER 14, 2005<br>(Doc. 31) |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner filed his original petition on June 4, 2004. (Doc. 1). On November 23, 2005, Petitioner filed a motion for leave to amend his petition, after having exhausted previously unexhausted claims in state court. (Doc. 28). On November 30, 2005, the Court granted Petitioner's motion and directed the Clerk of Court to send Petitioner a new habeas corpus form on which to complete his amended petition. (Doc. 30). At the time the Court issued that Order, it was unaware that Petitioner had, in conjunction with his motion for leave to amend, already lodged with the Court his amended petition containing the newly exhausted claims. (See Lodged Second Amended Complaint on November 23, 2005). Subsequently, in an apparent effort to satisfy the Court's November 30, 2005 Order, Petitioner completed and submitted a form petition that was then filed by the Clerk of Court on December 14, 2005 as the first amended petition. (Doc. 31).

///

1    On January 10, 2007, Petitioner filed the instant ex parte motion to correct a filing error, in which Petitioner explains that the petition he lodged with the Court on November 23, 2005 was intended by him to be the operative amended petition, and that the petition filed on December 14, 2005 was "incomplete." (Doc. 33, p. 1). Petitioner states that the amended petition received and lodged by the Court on November 23, 2005, "is, and was intended to be, the controlling writ." (Id. at p. 2). Moreover, he states that the amended petition filed on December 14, 1005, "is incomplete and not intended to replace the '2nd Amended Petition' (Nov. 23, 2005), but merely to provide the Court with a copy of the exhausted claims denied by the California Supreme Court." (Id.).

Accordingly, GOOD CAUSE having been shown therefor, the Court HEREBY ORDERS as follows:

1. Petitioner's Ex Parte Motion To Correct Filing Error (Doc. 33), is GRANTED;

2. The Clerk of Court is DIRECTED to FILE the previously lodged amended petition of November 23, 2005; and,

3. The Clerk of Court is DIRECTED to STRIKE the previously filed amended petition of December 14, 2005 (Doc. 31).

IT IS SO ORDERED.

Dated:   **March 8, 2007**                    **/s/ Theresa A. Goldner**
**j6eb3d**                                    UNITED STATES MAGISTRATE JUDGE