IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDWARD OVERSTREET, | ) | NO. 1:04-cv-05799-LJO-TAG |
| | ) | |
| Petitioner, | ) | ORDER GRANTING RESPONDENT'S APPLICATION FOR ENLARGEMENT OF TIME TO FILE AN ANSWER (Doc. 38); ORDER DIRECTING RESPONDENT TO FILE HIS ANSWER BY AUGUST 8, 2007 |
| vs. | ) | |
| JAMES A. YATES, | ) | |
| Respondent. | ) | |

On April 10, 2007, the Court ordered Respondent to file an answer. (Doc. 37). On June 29, 2007, Respondent filed the instant application for an extension of time to file the answer, stating that other legal obligations in counsel's caseload had prevented Respondent from filing the answer within the allotted time. (Doc. 38, p. 2). Respondent requests an additional thirty days, up to an including August 8, 2007, within which to file the answer. (Id. at p. 4).

GOOD CAUSE appearing therefor, it is HEREBY ORDERED that Respondent's application for first enlargement of time within which to file an answer (Doc. 38), is GRANTED. Respondent is given an additional thirty (30) additional days, to an including August 8, 2007, within which to file a responsive pleading.

IT IS SO ORDERED.

Dated:  **June 29, 2007**                                /s/ Theresa A. Goldner
                                                                         UNITED STATES MAGISTRATE JUDGE